USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DAMIAN MILHOUSE,

                             Plaintiff,                                **24-CV-0611 (MMG) (KHP)**

        -against-                                              **ORDER**

THE CITY OF NEW YORK., et al.

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties appeared before the undersigned for an initial case management conference on May 16, 2024. As discussed at the conference and set forth more fully on the record:

- Defendant shall provide documents and/or video evidence sufficient to identify the corrections officers on duty during the relevant period by **Thursday, May 30, 2024**;

- Any motion to dismiss the amended complaint is due by **Monday, June 16, 2024**, opposition to the motion is due by **Tuesday, July 16, 2024**, and any reply is due by **Tuesday, July 29, 2024**;

- By **Monday July 15, 2024**, the parties shall submit a joint status letter to provide an update on the progress of discovery, and to advise the Court whether the parties are interested in scheduling a settlement conference

- Fact discovery will close on **November 16, 2024**;

- Affirmative expert reports are due by **Monday, December 16, 2024**, rebuttal reports are due by **January 15, 2025**, all expert discovery is due by Friday, **February 14, 2025**;

- Any amendments to the complaint are due by **June 30, 2024**.

**SO ORDERED.**

DATED:   New York, New York
         May 17, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge