```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

 DAMIAN MILHOUSE,

                                        Plaintiff,                          **24-CV-0611 (MMG) (KHP)**

                    -against-                                               **POST-CONFERENCE ORDER**

THE CITY OF NEW YORK., et al.

                                        Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 23, 2025, the parties appeared before the undersigned for a case

management conference. As discussed at the conference and set forth more fully on the

record:

The parties shall meet and confer regarding Plaintiff's anticipated Amended Complaint.

If Defendants do not consent to the amendments, then the motion to amend shall be filed **by**

**January 27, 2025**; opposition is due 30 days thereafter; reply is due 14 days thereafter. No

further amendments to the complaint or joinder of parties will be permitted after **January 27,**

**2025**, except upon a showing of good cause.

Fact discovery is extended to **March 1, 2025**. Expert discovery is extended to **March 17,**

**2025.** Affirmative expert reports are due **by February 17, 2025**. Rebuttal reports are due by

**March 17, 2025**. Plaintiff shall notify the Court whether he intends to have an affirmative

expert report **by February 17, 2025**.

Motions for Summary Judgment are due **by April 1, 2025**; opposition is due **by May 1,**

**2025**; reply is due **by May 15, 2025**. No pre-motion letter shall be required for Motions for

Summary Judgment.

**SO ORDERED.**

DATED:      New York, New York
            January 23, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge