

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BAILEY FORCIER**
Assistant Corporation Counsel
Phone: (212) 356-5054
Fax: (212) 356-3509
bforcier@law.nyc.gov

February 25, 2025

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/25/2025
```

**MEMO ENDORSED**

Re:  Damian Milhouse v. City of New York, et al.,
     24 Civ. 00611 (LAK) (KHP)

Your Honor:

I represent defendants the City of New York, DOC Correction Officers Jose Pichardo and Edlee Jordan, and DOC Captain Andrei Blake in the above-referenced matter. Defendants write to respectfully request that the March 5, 2025 settlement conference be adjourned *sine die*. Plaintiff does not consent to this request.

By way of background, on January 23, 2025, the Court held a case management conference. (See Docket Entries dated January 23, 2025). At that conference, the Court and the parties discussed a potential settlement conference. (Id.) Further, counsel for defendants informed the Court that they would file a letter before any settlement conference informing the Court whether such a conference would be productive. The Court thereafter scheduled a settlement conference for March 5, 2025 and directed the parties to submit pre-conference submissions to the Court by February 26, 2025. (ECF No. 38).

Defendants have marked this case "no pay" and intend to file a fully dispositive motion for summary judgment following the close of discovery. Accordingly, defendants respectfully submit that a settlement conference would not be productive and, therefore, respectfully request that the March 5, 2025 settlement conference be adjourned *sine die*.

Defendants thank the Court for its time and consideration herein.

        Respectfully submitted,

        /s/ *Bailey Forcier*
        Bailey Forcier
        *Assistant Corporation Counsel*
        Special Federal Litigation Division

cc: **Via ECF**
    *All counsel of record*

---

**APPLICATION GRANTED:** The Settlement Conference scheduled for March 5, 2025 is hereby adjourned sine die. A Case Management Conference in this matter will now be held on <u>Wednesday, March 5, 2025 at 2:00 p.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

APPLICATION GRANTED

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.
02/25/2025

---

2