UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAMIAN MILHOUSE,

                              Plaintiff,

        -against-                                                    24-cv-0611 (LAK)

THE CITY OF NEW YORK, et al.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/25

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff was a pretrial detainee at Rikers Island during at least part of 2021. He here sues the City of New York and various City employees under 42 U.S.C. § 1983 and, in the case of the City, *Monell v. Department of Social Services,* 436 U.S. 658 (1978), for – among other things – alleged excessive use of force, breach of duty to intervene, and deliberate indifference to his medical needs. Defendants move for summary judgment dismissing the complaint as barred by the Prison Litigation Reform Act or, alternatively, dismissing his excessive force, failure to intervene, deliberate indifference, and municipal liability claims as a matter of law.

        In a report and recommendation dated November 26, 2025 (the "R&R"), Magistrate Judge Katherine H. Parker has recommended that defendants' motion be granted as to the failure to intervene and deliberate indifference to medical needs claims as well as so much of the excessive force claim as it relates to force exerted upon parts of plaintiff's body *other than his arms, wrist, and hand* and denied in all other respects.

        The Court has reviewed the R&R and found no error of fact or law. No objections have been filed to it. Accordingly, defendants' motion (Dkt 50) is granted to the extent that the claims of failure to intervene and deliberate indifference to medical needs as well as so much of the excessive force claim as it relates to force exerted upon parts of plaintiff's body *other than his arms, wrist, and hand* are dismissed. It is denied in all other respects.

        On or before January 20, 2026, the parties shall file a joint pretrial order in the form prescribed in the individual practices of the undersigned following which the case is to be ready for trial on 48-hours notice.

        SO ORDERED.

Dated:        December 16, 2025

                                                        Lewis A. Kaplan
                                                        United States District Judge