**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

  DAMIAN MILHOUSE,

                                    Plaintiff,

                    -against-

THE CITY OF NEW YORK., et al.

                                    Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/9/2026___

**24-CV-611 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties are directed to provide the Court with a status letter as it is overdue

pursuant to the Court's Pre-Trial Order at ECF No. 75.

        **SO ORDERED.**

DATED:        New York, New York
              February 9, 2026

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge